UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | |
| TOBY MACFARLANE, | ) ) | Criminal No.: 19-10131-NMG |
| Defendant. | ) ) ) ) | |

## ASSENTED-TO MOTION TO SEAL

The United States of America hereby respectfully moves the Court pursuant to Local Rule 7.2 to seal the exhibits to the Government's Sentencing Memorandum and footnote 20 therein. The exhibits comprise copies of various communications between defendant Toby Macfarlane and Rick Singer and/or Singer's employees, as well as college applications and purported athletic profiles relating to the Defendant's children and e-mails from USC Athletics personnel concerning Defendant's children. Footnote 20 concerns personal medical information about one of Defendant's children. Counsel for Defendant has informed the Government that he assents to this motion.

As grounds for this motion, the Government states that the exhibits and footnote contain detailed information relating to Macfarlane's daughter and son, including materials concerning their academic performance, biographical information, and medical circumstances. While no protective order has been entered in this case, this is the type of information subject to protective orders in the related cases of *United States v. Sidoo et al.* (19-CR-10080-NMG) and *United States v. Ernst et al.* (19-CR-10081-IT). *See* Dkt. 377 and 165, respectively. Accordingly, and for the reasons set forth in the Government's motions for protective orders in those cases (*see* Dkt. 317 and 145, respectively), the Government respectfully submits that there is good cause to protect the

personal and sensitive information regarding Macfarlane's children contained in the exhibits from unnecessary public disclosure. Should the Court grant this motion, the Government will file its sentencing memorandum on the public docket with footnote 20 redacted, and submit an unredacted copy to the Court.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated: November 7, 2019        By:    */s/ Kristen A. Kearney*
                                                                                       JUSTIN D. O'CONNELL
                                                                                       ERIC S. ROSEN
                                                                                       LESLIE A. WRIGHT
                                                                                       KRISTEN A. KEARNEY
                                                                                       Assistant United States Attorneys

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that I have conferred with Ted Cassman, counsel for defendant Toby Macfarlane, and he assents to this motion.

By:    */s/ Kristen A. Kearney*
      KRISTEN A. KEARNEY
      Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 7, 2019.

By:    */s/ Kristen A. Kearney*
      KRISTEN A. KEARNEY
      Assistant United States Attorney