UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>TOBY MACFARLANE, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:19-cr-10131 NMG<br><br>DEFENDANT MACFARLANE'S REQUEST FOR THE COURT'S RECOMMENDATION TO THE U.S. BUREAU OF PRISONS |

On April 14, 2020, this Court issued an order reducing defendant Toby Macfarlane's sentence to time served, effective April 21, 2020; directing Mr. Macfarlane's release to home confinement on that date; and strongly recommending that Mr. Macfarlane have at least two telephone calls each day until his release. Dkt. 352. Today, the Court issued an Amended Judgment consistent with that order. Dkt. 353.

Counsel is informed that, apparently as a result of the Court's order, this morning Mr. Macfarlane was permitted to place a telephone call to his family—the first telephone call he has been permitted to make since April 7, 2020. As pleased as the family was to hear from him, the report they received was extremely distressing. Mr. Macfarlane reports that since April 7, he has been confined 24 hours a day in a cramped cell with another inmate with no time outdoors. Since his "quarantine" began nine days ago, Mr. Macfarlane has had no change of clothes, only two opportunities to shower, and no access to the books, photographs or letters that he previously possessed at the Satellite Camp. Today undersigned counsel sent a letter to Warden Barbara von Blanckensee

1

protesting these conditions of confinement, which are intolerable and should not be inflicted on any inmate in the custody of the U.S. Bureau of Prisons.

For these reasons, we ask the Court issue new recommendations to the Bureau of Prisons that Mr. Macfarlane be permitted (1) at least an hour of time outdoors each day and (2) a daily shower and change of clothes.

Dated:  April 15, 2020                                         Respectfully Submitted,


/s/ Ted W. Cassman

Ted W. Cassman (Admitted Pro Hac Vice)
Arguedas, Cassman, Headley & Goldman LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000
Email:  cassman@achlaw.com

Attorneys for Defendant Toby Macfarlane

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Ted W. Cassman, counsel for the defendant Toby Macfarlane, certify that I have conferred with Eric Rosen, Assistant United States Attorney, and other members of the prosecution team concerning this request.  Government counsel has informed me that it takes no position on the request as it has not had the opportunity to confer with BOP personnel in Tucson regarding Mr. MacFarlane's living conditions.

Dated: April 15, 2020                                           Respectfully submitted,


                                                                 /s/ Ted W. Cassman
                                                                 Ted W. Cassman

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2020, I filed the foregoing with the foregoing with the Clerk of the Court for the District of Massachusetts using the CM/ECF system, which will send notification of such filing to all attorneys of record via the notice of electronic filing (the "NEF").

Dated: April 15, 2020

/s/ Raphael Goldman
Raphael Goldman