UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOBY MACFARLANE,<br><br>Defendant. | Case No. 1:19-cr-10131 NMG<br><br>DEFENDANT MACFARLANE'S REQUEST FOR THE COURT'S RECOMMENDATION TO THE U.S. BUREAU OF PRISONS |

On April 14, 2020, this Court issued an order reducing defendant Toby Macfarlane's sentence to time served, effective April 21, 2020; directing Mr. Macfarlane's release to home confinement on that date; and strongly recommending that Mr. Macfarlane have at least two telephone calls each day until his release. Dkt. 352. Today, the Court issued an Amended Judgment consistent with that order. Dkt. 353.

Counsel is informed that, apparently as a result of the Court's order, this morning Mr. Macfarlane was permitted to place a telephone call to his family—the first telephone call he has been permitted to make since April 7, 2020. As pleased as the family was to hear from him, the report they received was extremely distressing. Mr. Macfarlane reports that since April 7, he has been confined 24 hours a day in a cramped cell with another inmate with no time outdoors. Since his "quarantine" began nine days ago, Mr. Macfarlane has had no change of clothes, only two opportunities to shower, and no access to the books, photographs or letters that he previously possessed at the Satellite Camp. Today undersigned counsel sent a letter to Warden Barbara von Blanckensee

1

*Motion denied.* /s/ NMGorton, USDJ 4/15/20